Behrooz P. Vida, SBOT No. 20578040
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel:  (817) 358-9977
Fax:  (817) 358-9988
ATTORNEYS FOR AMANDA SHARP

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MATTHEW SCOTT SHARP | § | CASE NO. 26-42625-ELM |
| Debtor | § | |

---

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b), COMBINED WITH REQUEST FOR ALL CORRESPONDENCE

TO THE HONORABLE JUDGE OF THE SAID COURT:

PLEASE TAKE NOTICE that Behrooz P. Vida of the law firm of THE VIDA LAW FIRM, PLLC, 3000 Central Drive, Bedford, Texas 76021, hereby enters his appearance on behalf of Amanda Sharp and requests that all copies, either formal or informal, by whatever means, of pleadings, reports, orders, documents, notices of hearings, and other communications be forwarded to:

THE VIDA LAW FIRM, PLLC
ATTENTION: Behrooz P. Vida
3000 Central Drive
Bedford, Texas 76021

pursuant to Bankruptcy Rules 9010(b) and 2002(a).

Respectfully submitted:

By:___/s/ Behrooz P. Vida___   7/10/2026
Behrooz P. Vida
State Bar No. 20578040
THE VIDA LAW FIRM, PLLC

3000 Central Drive
Bedford, Texas 76021
EMAIL: filings@vidalawfirm.com
TEL:  (817) 358-9977
FAX: (817) 358-9988

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically.  Service was accomplished electronically and/or by first class mail to the parties indicated on the mailing matrix attached to the original certificate filed with the Court.


| | |
|---|---|
| Matthew Scott Sharp<br>4420 Henderson Ave<br>North Richland Hills, TX 76180 | VIA US MAIL |
| Clayton Everett<br>515 E. Border St., Ste 163<br>Arlington, TX 76010 | VIA ECF |
| Marilyn Garner<br>Chapter 7 Trustee<br>Law Offices of Marilyn D. Garner<br>2001 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006 | VIA ECF |
| Parties having filed NOA | Via ECF |


                 /s/ Behrooz P. Vida   7/10/2026
                 Behrooz P. Vida