Behrooz P. Vida, SBOT No. 20578040
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel:   (817) 358-9977
Fax:   (817) 358-9988
ATTORNEYS FOR AMANDA BROOKE SHARP

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| MATTHEW SCOTT SHARP | § | CASE NO. 26-42625-ELM |
| Debtor | § | PRELIM HEARING: |
| | § | August 12, 2026 @ 9:30 am |

**NOTICE OF PRELIMINARY HEARING ON
MOTION FOR RELIEF FROM STAY**

The Preliminary hearing on the Motion for Relief from Stay as filed AMANDA BROOK SHARP ("Movant") is set for **August 12, 2026 at 9:30 am** before the Honorable Edward L. Morris, United States Bankruptcy Judge.

The hearing will be conducted by WebEx conference only at https://us-courts.webex.com/meet/morris.

WebEx hearing instructions may be obtained at:
https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0

A creditor or party in interest is not required to attend unless the creditor has an objection to the Motion. If no objection to the Motion is filed before the above date the Court may grant the relief sought.

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically.   Service was accomplished electronically and/or by first class mail to the parties indicated below.

Matthew Scott Sharp                                    VIA US MAIL
4420 Henderson Ave
North Richland Hills, TX 76180

NOTICE OF PRELIMINARY HEARING ON
MOTION FOR RELIEF FROM STAY                                    PAGE  1 of  2

Clayton Everett                                    VIA ECF
515 E. Border St., Ste 163
Arlington, TX 76010


Marilyn Garner                                     VIA ECF
Chapter 7 Trustee
Law Offices of Marilyn D. Garner
2001 E. Lamar Blvd., Suite 200
Arlington, TX 76006


Parties having filed NOA                           Via ECF




By: /s/ Behrooz Vida     July 20, 2026
    Behrooz P. Vida
    State Bar No. 20578040
    Carla Reed Vida
    State Bar No. 16674445
    THE VIDA LAW FIRM, PLLC
    3000 Central Drive
    Bedford, Texas 76021
    TEL:   (817) 358-9977
    FAX: (817) 358-9988