Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtor

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

In re:

Matthew Scott Sharp

Debtor.

Case No. 26-42625-elm7

Chapter 7

### DECLARATION OF MATTHEW SCOTT SHARP IN SUPPORT OF DEBTOR'S RESPONSE IN OPPOSITION TO CREDITOR AMANDA BROOKE SHARP'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Matthew Scott Sharp, declare as follows:

1.      I am the debtor in this Chapter 7 case. I am over eighteen years of age, competent to make this declaration, and have personal knowledge of the facts stated below.

2.      Amanda Brooke Sharp and I were married on July 5, 2003. A divorce proceeding is pending in the 325th Judicial District Court of Tarrant County, Texas, under Cause No. 325-763332-25.

3.      On or about February 12, 2026, Amanda Sharp and I agreed to an order authorizing the sale of the marital residence located at 5110 Old Oak Lane, Colleyville, Texas.

4.      The agreed sale order required the net proceeds from the sale to be deposited into the registry of the state court. It further provided that the proceeds could be disbursed only upon a written agreement of the parties or a further order of the state court.

5.      The marital residence was sold, and approximately $401,124.57 in net proceeds was deposited into the registry of the state court.

-----------------------------------------------------------------------------------------
Declaration in Response to Motion for Relief - Page  1

6.      I have not signed any written agreement authorizing Amanda Sharp to receive or withdraw the Registry Funds, or any specified percentage of those funds.

7.      I appeared at a hearing in the divorce proceeding on April 21, 2026. At that hearing, the state court stated that it would grant the divorce on the ground of in supportability and would sign an order that comported only with the parties' agreement.

8.      The document attached to the Motion for Relief from Stay as a proposed Agreed Final Decree of Divorce is not signed by me. I have not approved that document in its present form.

9.      To the best of my knowledge, the proposed Agreed Final Decree of Divorce attached to the Motion has not been signed or entered by the state court.

10.     I dispute that the proposed decree accurately and completely states the agreement placed on the record on April 21, 2026, including its proposed division of the Registry Funds.

11.     Before I filed bankruptcy, no entered order awarded Amanda Sharp seventy percent of the Registry Funds, awarded me thirty percent, or otherwise finally divided or disbursed the Registry Funds.

12.     I do not oppose the state court entering an order that dissolves the marriage or addresses matters that do not determine, transfer, or enforce rights in property of the bankruptcy estate.

13.     I oppose relief that would allow Amanda Sharp to obtain, divide, withdraw, collect, or receive the Registry Funds outside this bankruptcy case.

14.     I want the Chapter 7 Trustee to investigate and administer the bankruptcy estate's interest in the Registry Funds for the benefit of creditors, subject to the rights and claims of Amanda Sharp and other parties as determined by the appropriate court.

--------------------------------------------------------------------------------------
Declaration in Response to Motion for Relief - Page 2

15.     The Registry Funds are presently held in the state-court registry. To my knowledge, they are not depreciating or at risk of physical loss while they remain in the registry.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this _____4th_____ day of _____August_____, 2026.

_____
Matthew Scott Sharp

--------------------------------------------------------------------------------
Declaration in Response to Motion for Relief - Page 3