Behrooz P. Vida, SBOT No. 20578040
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR AMANDA BROOKE SHARP

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MATTHEW SCOTT SHARP | § | CASE NO. 26-42625-ELM |
| Debtor | § | |

## MOVANT'S AFFIDAVIT IN SUPPORT OF HER
## MOTION FOR RELIEF FROM AUTOMATIC STAY

STATE OF TEXAS

COUNTY OF TARRANT

Amanda Brooke Sharp, being duly sworn according to law, deposes and says:

1. I am over eighteen (18) years of age.

2. I am of sound mind, and I am fully competent to make this Affidavit.

3. I have personal knowledge of all the facts stated herein, and they are true and correct.

4. On February 5, 2025, I commenced a petition for divorce in a case styled: *In the Matter of the Marriage of Amanda Brooke Sharp and Matthew Scott Sharp, and in the Interest of Austin Dean Sharp and Mason Parker Sharp, Children*, Cause No. 325-763332-25, 325th District Court, Tarrant County, Texas. (the "Divorce Proceeding").

5. By an Agreed Order signed on February 12, 2026, in the Divorce Proceeding, MATTHEW SCOTT SHARP and I agreed to the sale of real estate located at 5110 Old Oak Lane, Colleyville,

AFFIDVIT IN SUPPORT OF OTION FOR RELIEF FROM STAY                    PAGE 1 of 2

Texas 76034 (the "Property").

6. After the sale of the Property, the net proceeds of the sale which were $401,124.57, were deposited into the registry of the 325th District Court, Tarrant County, Texas, and remain to this day in custody of that Court. Evidence of funds being deposited into the Registry of the Court is attached as **Exhibit A**.

7. On April 21, 2026, an evidentiary hearing was held before the presiding judge in the Divorce Proceeding. The true and correct transcript of that evidentiary hearing is attached as **Exhibit B**.

8. The relevant portions of the Transcript have been highlighted in yellow.

9. I am entitled to 70% of the $401,124.57 on deposit in the Registry of the Court.

10. The filing of bankruptcy by MATTHEW SCOTT SHARP is preventing me from accessing property which has already been awarded to me in the Divorce Proceeding.

FURTHER AFFIANT SAYETH NOT

_____
AMANDA BROOKE SHARP

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned notary public, on this _____ day of August 2026.

_____
Notary Public, State of Texas

NOTARY SEAL



MONICA TOWNSEND
My Notary ID # 131236358
Expires August 7, 2029