Thomas A. Wilder
District Clerk
Tarrant County, Texas

I00402553            Tue May 05, 2026
                                    1:14PM


---------------------------------------------
        Cause Number 325-763332-25
---------------------------------------------
            AMANDA BROOKE SHARP
                    VS
          MATTHEW SCOTT SHARP
---------------------------------------------
        Description                    Fees
--------------------------- -------------
REGISTRY FUNDS - CHECK ACCOU    401,124.57
NT #4-(WIRE TRANFER)

                                -------------
    Sub Total for this Cause     401,124.57

    Total Amount Received:    $401,124.57
                Paid Cash:    $401,124.57
                              ===============

    File desk assistant SADE says...
            THANK YOU!


  |---------------------------------------|
  |  GRAND TOTAL FOR ALL TRANSACTIONS     |
  |        *****$401,124.57               |
  |---------------------------------------|

            Received from
        ALAMO TITLE COMPANY

**Wire Transfer Information**

Responsible Party Listed in Case _Amanda Brooke Sharp and Matthew Scott Sharp_

Case Number _325-763332.25_

Amount being transferred _$401,124.57_

Are the funds being transferred for a bond of any kind? _Agreed Order For Sale Of Marital Residence and Federal Income Taxes_

**Who should the receipt be made to?**

Name of Person or Company _Alamo Title Company_

Address _714 W Magnolia Ave_

City, State, Zip _Ft Worth TX 76104_

Phone number _817-806-0250_

Email _Corsha.smith@alamotitle.com_

EM 9/23/21