Behrooz P. Vida, SBOT No. 20578040
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR AMANDA BROOKE SHARP

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| MATTHEW SCOTT SHARP | § | CASE NO. 26-42625-ELM |
| Debtor | § | PRELIM HEARING: |
| | § | August 12, 2026 @ 9:30 am |

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

The hearing on the Motion for Relief from Stay as filed by Amanda Brook Sharp ("Movant"), is set for **October 29, 2026 @ 9:30 a.m.** before the Honorable Edward L. Morris, United States Bankruptcy Judge, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102.

A creditor or party in interest is not required to attend unless the creditor has an objection to the Motion. If no objection to the Motion is filed before the above date the Court may grant the relief sought.

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail to the parties indicated below.

| | |
|---|---|
| Matthew Scott Sharp<br>4420 Henderson Ave<br>North Richland Hills, TX 76180 | VIA US MAIL |
| Clayton Everett<br>515 E. Border St., Ste 163<br>Arlington, TX 76010 | VIA ECF |

| | |
|---|---|
| Marilyn Garner<br>Chapter 7 Trustee<br>Law Offices of Marilyn D. Garner<br>2001 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006 | VIA ECF |
| Parties having filed NOA | Via ECF |

By: /s/ Behrooz Vida September 4, 2026

Behrooz P. Vida
State Bar No. 20578040
Carla Reed Vida
State Bar No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988