United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 26-42625-elm |
| Matthew Scott Sharp | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 24, 2026 | Form ID: 318 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Scott Sharp, 4420 Henderson Ave, North Richland Hills, TX 76180-8023 |
| cr | + | Worthington Bank, 500 Main Street, Fort Worth, TX 76102-3937 |
| 23393891 | + | Amanda Brooke Sharp, 2528 Stonegate Dr., Bedford, TX 76021-4343 |
| 23393895 | + | Another Life, Inc., 4420 Henderson Ave, North Richland Hills, TX 76180-8023 |
| 23393897 | | Attorney General/Child Support Division, Attn: Bankruptcy, PO Box 12017, Austin, TX 78711-2017 |
| 23393905 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23393906 | + | Eagle-Colleyville Towne Square L.P., PO Box 12670, Dallas, TX 75225-0670 |
| 23393910 | + | Koons Fuller Family Law, 1717 Mckinney Ave Ste 1500, Dallas, TX 75202-1249 |
| 23393914 | + | Regulatorydata Llc, 4420 Henderson Ave, North Richland Hills, TX 76180-8023 |
| 23393915 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23393916 | + | Southside, 1201 S Beckham Ave, Tyler, TX 75701-3320 |
| 23393918 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23393922 | + | Vickers Kempf, PLLC, 6508 Colleyville Blvd, Suite 100, Colleyville, TX 76034-8034 |
| 23393925 | + | Worthington Bank, 4814 Colleyville Blvd, Colleyville, TX 76034-3935 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMDGARNER.COM | Sep 25 2026 03:49:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| 23393892 | + | Email/PDF: bncnotices@becket-lee.com | Sep 24 2026 22:48:48 | American Express - Consumer Credit Cards, P.O. Box 981535, El Paso, TX 79998-1535 |
| 23393893 | + | Email/PDF: bncnotices@becket-lee.com | Sep 24 2026 22:48:54 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 23393894 | + | Email/PDF: bncnotices@becket-lee.com | Sep 24 2026 22:49:00 | Amex, PO Box 650448, Dallas, TX 75265-0448 |
| 23393896 | ^ | MEBN | Sep 24 2026 22:44:33 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23393898 | + | Email/Text: ljalovec@belaw.com | Sep 24 2026 22:48:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23393899 | + | EDI: CAPITALONE.COM | Sep 25 2026 03:49:00 | Capital One - Business Card, PO Box 71083, Charlotte, NC 28272-1083 |
| 23393900 | + | Email/Text: bankruptcy@carter-young.com | Sep 24 2026 22:47:00 | Carter-Young, Attention: Bankruptcy, 120 2nd St, 2nd Floor, Monroe, GA 30655-2391 |
| 23393901 | + | EDI: JPMORGANCHASE | Sep 25 2026 03:49:00 | Chase - Consumer Credit Cards, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23393902 | + | EDI: JPMORGANCHASE | Sep 25 2026 03:49:00 | Chase Bank - Business Card, Po Box 15145, Wilmington, DE 19850-5145 |

| | | | | |
|---|---|---|---|---|
| 23393903 | + | EDI: CITICORP | Sep 25 2026 03:49:00 | Citi Card Consumer Credit Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 23393904 | + | EDI: CITICORP | Sep 25 2026 03:49:00 | Citibank, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 23393907 | ^ | MEBN | Sep 24 2026 22:43:28 | First Credit Services, Attn: Bankruptcy, PO Box 55 3 Skiles Ave, Piscataway, NJ 08855-0055 |
| 23393909 | + | EDI: IRS.COM | Sep 25 2026 03:49:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23393911 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 24 2026 22:48:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23393912 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 24 2026 22:48:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23393913 | + | Email/Text: emccain@pbfcm.com | Sep 24 2026 22:47:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23393917 | | Email/Text: pacer@cpa.state.tx.us | Sep 24 2026 22:48:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23393919 | + | Email/Text: bcd@oag.texas.gov | Sep 24 2026 22:47:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23393920 | + | Email/Text: collections.pacer@twc.texas.gov | Sep 24 2026 22:48:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23393921 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 24 2026 22:47:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23393923 | ^ | MEBN | Sep 24 2026 22:46:18 | Westlake Portfolio Management, 4751 Wilshire Blvd #100, Los Angeles, CA 90010-3847 |
| 23393924 | ^ | MEBN | Sep 24 2026 22:41:54 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| 23393908 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Behrooz P. Vida | on behalf of Creditor Amanda Sharp filings@vidalawfirm.com bkfilings@yahoo.com;TheVidaLawFirmPLLC@jubileebk.net;legalprokirstin@gmail.com |
| Clayton Everett | on behalf of Debtor Matthew Scott Sharp clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Emily Campbell | on behalf of Creditor Worthington Bank ecampbell@romclaw.com mwilson@romclaw.com |
| Joseph F Postnikoff | on behalf of Creditor Worthington Bank JPostnikoff@romclaw.com mwilson@romclaw.com |
| Marilyn Garner | on behalf of Trustee Marilyn Garner mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Matthew Scott Sharp<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7542 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | | |
| Case number: | 26–42625–elm7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew Scott Sharp
aka Scott Sharp

9/23/26

**By the court:** Edward L. Morris
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**