Behrooz P. Vida, SBOT No. 20578040
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Fax: (817) 358-9988
ATTORNEYS FOR AMANDA BROOKE SHARP

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| MATTHEW SCOTT SHARP | § | CASE NO. 26-42625-ELM |
| Debtor | § | |
| | § | |

## COMBINED WITNESS AND EXHIBIT LIST

AMANDA BROOKE SHARP designate the following individuals and documents as witnesses and exhibits respectively for the hearing on Motion for Relief from Stay scheduled for October 29, 2026 @ 9:30 a.m.:

WITNESSES

1. Amanda Brooke Sharp
2. Any individual called as a witness by any other party.

DOCUMENTS

A. Evidence of Funds in the Registry of 325th District Court, Tarrant County, TX

B. Transcript of hearing on April 21, 2026

C. ECF No. 1 in Case No. 26-42625

D. Docket Sheet for Case No. 26-42625

AMANDA BROOKE SHARP, reserves her rights to amend this list and the right to call as witness any individual listed by any other party.

Respectfully submitted:

By: /s/ Behrooz P. Vida October 16, 2026
Behrooz P. Vida
State Bar No. 20578040
Carla R. Vida
State Bar No. 16674445
Helenna Bird
State Bar No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
EMAIL: filings@vidalawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or first class mail to the parties indicated below.

| | |
|---|---|
| Matthew Scott Sharp<br>4420 Henderson Ave<br>North Richland Hills, TX 76180 | VIA US MAIL |
| Clayton Everett<br>515 E. Border St., Ste 163<br>Arlington, TX 76010 | VIA ECF |
| Marilyn Garner<br>Chapter 7 Trustee<br>Law Offices of Marilyn D. Garner<br>2001 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006 | VIA ECF |
| Parties having filed NOA | Via ECF |

By: /s/ Behrooz P. Vida October 16, 2026
Behrooz P. Vida