Clayton L. Everett, TSBN 24065212
NORRED LAW PLLC
515 E. Border St., Arlington, TX 76010
P: 817-704-3984, E: clayton@norredlaw.com
Attorney for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Matthew Scott Sharp,<br><br>Debtor. | Case No. 26-42625-elm7<br><br>Chapter 7<br><br>Hearing Date: October 29, 2026, at 9:30 a.m. |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING ON AMANDA BROOKE SHARP'S MOTION FOR RELIEF FROM STAY [DOC. 15]**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Matthew Scott Sharp ("Debtor"), in the above-captioned case and files his Witness and Exhibit List for the hearing on the Motion for Relief from Stay filed by Amanda Brooke Sharp ("Movant") [Doc. 15], and respectfully shows the Court as follows:

WITNESSES:

1. Matthew Scott Sharp, Debtor;
2. Amanda Brooke Sharp, Movant (adverse);
3. Marilyn D. Garner, Chapter 7 Trustee;
4. Any other party designated by Amanda Brooke Sharp;
5. Any witness needed for rebuttal or impeachment.

EXHIBITS:

| EX. | DESCRIPTION | ADMITTED: Y / N |
|---|---|---|
| 1. | Agreed Order authorizing the sale of 5110 Old Oak Lane and addressing income taxes through 2024 in Cause No. 325-763332-25, 325th District Court, Tarrant County, Texas. | |
| 2. | Temporary Orders including provisions for governing the sale of the residence and deposit of proceeds in Cause No. 325-763332-25, 325th District Court, Tarrant County, Texas. | |
| 3. | Proposed Agreed Final Decree of Divorce, Cause No. 325-763332-25 (unsigned by Debtor; not entered). | |
| 4. | Docket sheet, Cause No. 325-763332-25, 325th District Court, Tarrant County, Texas. | |
| 5. | Respondent's First Amended Motion to Sign Final Decree, dated June 15, 2026 | |
| 6. | Notice or setting of the June 16, 2026 hearing on the Motion to Sign | |
| 7. | Proposed order for release of registry funds prepared by Mr. McEwan | |
| 8. | Correspondence and draft decrees exchanged between counsel in Cause No. 325-763332-25 regarding unresolved decree terms (house and pool repairs, insurance refunds, income tax refund) [subject to privilege review]. | |
| 9. | Reporter's Record, April 21, 2026 hearing [Doc. 22] | |
| 10. | District Clerk registry receipt dated May 5, 2026 ($401,124.57), with wire transfer form [Doc. 21] | |
| 11. | Excerpts of Debtor’s Voluntary Petition, Schedules and Statement of Financial Affairs [Doc. 1]: Schedule A/B, line 34 (p. 15); Schedule C-1 non-exempt property analysis (p. 27); Schedule H (pp. 46–47); SOFA Question 9 (p. 62); SOFA Question 18 (pp. 65–66). | |
| 12. | Declaration of Matthew Scott Sharp [Doc. 19] | |

| | | |
|---|---|---|
| 13. | Movant's Affidavit in Support of Motion for Relief from Automatic Stay [Doc. 20]. | |

Debtor reserves the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing. Debtor requests that the Court take judicial notice of the docket and pleadings in this case and of the docket and records of Cause No. 325-763332-25.

DATED: October 22, 2026.

Respectfully submitted,

NORRED LAW, PLLC

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, a true and correct copy of the above list and exhibits were served through the Court's CM/ECF system on all parties receiving electronic notice and via email to Behrooz Vida (filings@vidalawfirm.com) and Trustee Marilyn Garner (mgarner@marilyndgarner.net).

*/s/ Clayton L. Everett*
Clayton L. Everett